

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

| | |
|---|---|
| *1301 Clay Street, Suite 340S* | *(510) 637-3680* |
| *Oakland, California  94612* | *FAX:(510) 637-3724* |

August 24, 2010

*By Personal Delivery*

Honorable Donna M. Ryu
United States Magistrate
1301 Clay Street
Oakland, CA 94612

     Re:    *United States v. Donna Demello Martin, CR 10-00395 PJH*

Dear Judge Ryu:

    The parties are jointly requesting that this matter be put on your calendar this Friday, August 27, 2010, at 10 a.m. for change of plea.  A copy of the proposed plea agreement is enclosed.  Ms. Demello is not in custody, and she does not need the assistance of an interpreter.  I am copying Mr. Nelson McElmurry Chew, her attorney.   Please let me know if you have questions or concerns.

        Very truly yours,

        JOSEPH P. RUSSONIELLO
        United States Attorney


          /s/
        KESLIE STEWART
        Assistant United States Attorney




Enclosure

cc:    Nelson McElmurry, Esq.