UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff(s),

    v.

DONNA DEMELLO,

    Defendant(s).
_____/

No. CR 10-0395-04 PJH (DMR)

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE GUILTY PLEA**

The court having reviewed the report and recommendation of the magistrate judge and no objections to the report and recommendation having been filed within fourteen days, the court ADOPTS the report and recommendation and ACCEPTS defendant's guilty plea. The court reserves ruling on whether it will accept the plea agreement, if any, pending receipt of the presentence report. Defendant will be sentenced by the undersigned district judge on the date set for such proceeding by the magistrate judge.

IT IS SO ORDERED.

Dated: September 13, 2010

                                    PHYLLIS J. HAMILTON
                                    United States District Judge