LAW OFFICES OF THOMAS SALCICCIA
THOMAS SALCICCIA, SBN 28206
NELSON MCELMURRY., SBN #236079
THE SALCICCIA BUILDING
870 NORTH FIRST STREET
SAN JOSE, CA  95112
TELEPHONE:  (408) 295-5555

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| **UNITED STATES,** | CASE NO:  4:10-CR-00395-PJH |
| Plaintiff, | **ORDER ALLOWING TRAVEL** |
| vs. | |
| **DONNA DEMELLO,** | |
| **Defendants.** | |

In light of the parties' Stipulation to allow travel, IT IS HEREBY ORDERED, that Defendant Donna Demello be allowed to travel to Rippin, CA from San Jose, CA on the following dates:

1) July 1st, 2011 returning July 5, 2011;

2) July 16, 2011 returning July 17, 2011;

3) July 23, 2011 returning July 24, 2011;

4) July 29th, 2011 returning July 31, 2011;

//

-1-
ORDER

1  Ms. Demello will also provide a copy of her itinerary to pre-trial services, remain in
2  contact with pre-trial services, and comply with any additional restrictions placed on
3  her by pre-trial services.
4
5  DATED:  June 30, 2011
6
7  _____
   HONORABLE DONNA M. RYU
8  UNITED STATES MAGISTRATE JUDGE